

# UNITED STATES DISTRICT COURT

Robert C. Byrd U. S. Courthouse
300 Virginia Street, Room 5009
Charleston, West Virginia 25301

JOSEPH R. GOODWIN
United States District Judge

(304) 347-3192
Fax (304) 347-3193

July 25, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

Gentlemen:

The Following information was requested in your letter of July 7, 2006 regarding my 2005 Financial Disclosure report.

1. In Part VII, page 7, line 64 for "Fidelity & Guaranty Life Insurance Policy" there was no income. Also this policy lapsed and there was no gain or loss. Column B(2) should be none. Column D(1) should be "Lapse," Column D(2) should be (May 2006), Column D(3) should be J, and Column D(4) should be (A).

2. In Part VII, Page 9, Line 100, the date of purchase was 9/16/02 and the cost is Code M. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I hope that this information will complete my 2005 report; however, if you need any additional information please do not hesitate to contact me.

Sincerely,



Joseph R. Goodwin
United States District Judge,
Southern District of West Virginia

FINANCIAL DISCLOSURE OFFICE

2006 JUL 31 P 3: 01

RECEIVED

| AO 10 | FINANCIAL DISCLOSURE REPORT | *Report Required by the Ethics* |
| Rev. 1/2006 | FOR CALENDAR YEAR 2005 | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodwin, Joseph R | US District Court, Southern WV | 05/08/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge\Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2005<br>to<br>12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 Virginia Street E Ste 5009<br>PO Box 2546<br>Charleston, WV 25301 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Office of the Secretary, Education, State of West Virginia, Wages |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Washington & Lee Law School | Room, Meal and Pewter Cup for judging Mock Trial Competition | $ 201.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ABN-AMRO Mortgage | Mortgage on Property #4 | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Scudder Mt Tax Free Fund | C | Interest | L | T | Patrial Sale | 1/26 | J | A | |
| 2. | | | | | Partial Sale | 3/30 | J | A | |
| 3. | | | | | Partial Sale | 4/20 | J | A | |
| 4. | | | | | Partial Sale | 8/30 | J | A | |
| 5. | | | | | Partial Sale | 11/23 | J | A | |
| 6. | | | | | Partial Sale | 12/21 | J | A | |
| 7. | | | | | Partial Sale | 12/27 | J | A | |
| 8. | | | | | Partial Sale | 12/28 | J | A | |
| 9. | | | | | Buy | 1/25 | J | A | |
| 10. | | | | | Buy | 2/22 | J | A | |
| 11. | | | | | Buy | 3/24 | J | A | |
| 12. | | | | | Buy | 4/25 | J | A | |
| 13. | | | | | Buy | 5/24 | J | A | |
| 14. | | | | | Buy | 6/24 | J | A | |
| 15. | | | | | Buy | 7/25 | J | A | |
| 16. | | | | | Buy | 8/25 | J | A | |
| 17. | | | | | Buy | 9/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 10/25 | J | A | |
| 19. | | | | | Buy | 11/23 | J | A | |
| 20. | | | | | Buy | 12/12 | J | A | |
| 21. | | | | | Buy | 12/23 | J | A | |
| 22. Charles Schwab Investment Account | | | | | | | | | |
| 23. --Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 24. --Common Stock United Bankshares | C | Dividend | M | T | Partial Sale | 7/12 | K | E | |
| 25. --Vanguard Small Cap Index | A | Dividend | K | T | | | | | |
| 26. --Vanguard Small Cap Index | | | | | Buy | 3/18 | J | | |
| 27. --Vanguard Small Cap Index | | | | | Buy | 12/23 | J | | |
| 28. --McData Corp Cl A Class A | | None | J | T | | | | | |
| 29. --Excelsior Value & Restructuring Fund | A | Dividend | J | T | | | | | |
| 30. --Excelsior Value & Restructuring Fund | | | | | Buy | 4/12 | J | | |
| 31. --Excelsior Value & Restructuring Fund | | | | | Buy | 6/28 | J | | |
| 32. --Excelsior Value & Restructuring Fund | | | | | Buy | 10/11 | J | | |
| 33. --Excelsior Value & Restructuring Fund | | | | | Buy | 12/20 | J | | |
| 34. Excelsior Value & Restructuring Fund | | | | | Buy | 12/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Common Stock, Microsoft Corp | A | Dividend | J | T | Partial Sale | 7/22 | J | A | |
| 36. --Common Stock, International Business Machine | A | Dividend | | | Sell | 7/13 | J | | |
| 37. --Common Stock, Pfizer Inc. | A | Dividend | | | Sell | 6/28 | J | | |
| 38. --Common Stock, Texas Instruments | A | Dividend | | | Sell | 7/11 | K | A | |
| 39. --Dodge &Cox Mutual Stock Fund | C | Dividend | M | T | | | | | |
| 40. --Dodge & Cox Mutual Stock Fund | | | | | Buy | 3/29 | J | | |
| 41. --Dodge & Cox Mutual Stock Fund | | | | | Buy | 6/28 | J | | |
| 42. --Dodge & Cox Mutual Stock Fund | | | | | Buy | 9/28 | J | | |
| 43. --Dodge & Cox Mutual Stock Fund | | | | | Buy | 12/28 | J | | |
| 44. --Morgan Stanley | A | Dividend | | | Sell | 6/13 | J | | |
| 45. --Matthews Japan Fund | | None | | | Sell | 6/10 | J | A | |
| 46. --Janus Growth & Income Fund | A | Dividend | | | Buy | 7/25 | K | | |
| 47. --Janus Growth & Income Fund | | | | | Buy | 9/30 | J | | |
| 48. --Janus Growth & Income Fund | | | | | Sell | 11/18 | K | B | |
| 49. --Landus Intl Mktmstrs | A | Dividend | K | T | Buy | 11/03 | K | | |
| 50. --Landus Intl Mktmstrs | | | | | Buy | 12/22 | J | | |
| 51. --Schwab Health Care Fund | | None | J | T | Buy | 11/03 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Common Stock, Chicos Fas Inc. | | None | | | Buy | 7/05 | J | | |
| 53. --Common Stock, Chicos Fas Inc. | | | | | Sell | 8/1 | J | A | |
| 54. --Common Stock, Chicos Fas Inc. | | None | | | Buy | 8/25 | J | | |
| 55. --Common Stock, Chicos Fas Inc. | | | | | Sell | 10/21 | J | A | |
| 56. --Taiwan Semiconductr ADRF | | None | | | Buy | 2/22 | J | | |
| 57. --Taiwan Semiconductr ADRF | | | | | Sell | 9/28 | J | | |
| 58. Reeal Estate #2, Ripley, WV 1/2 Undivided Interest | D | Rent | K | W | | | | | |
| 59. Real Estate #4, Ripley, WV | | None | K | W | | | | | |
| 60. Reasl Estate #5, Ripley, WV | | None | J | W | | | | | |
| 61. 1/4 Min Int Grant & Mineral Co., WV | A | Royalty | J | T | | | | | |
| 62. #1 City National Bank, Ripley, WV | | None | | | Closed | | | | See Note in Part VIII |
| 63. #2 City National Bank, Ripley, WV | | None | | | Closed | | | | See Note in Part VIII |
| 64. Fidelity & Guaranty Life Insurance Policy | | | K | T | | | | | |
| 65. Charles Schwab IRA Account No. 1 | | | | | | | | | |
| 66. --Charles Schwab Money Fund | A | Interest | J | T | | | | | |
| 67. --Common Stock, Cisco Systems, Inc. | | None | | | Sell | 4/01 | J | B | |
| 68. --Common Stock, IBM | A | Dividend | | | Sell | 4/01 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Common Stock, Portal Software | | None | J | T | | | | | |
| 70. --ishares TR Goldman Sachs Semiconductor Index Fund | | None | | | Sell | 4/01 | J | A | |
| 71. --Rainier Small;Mid Cap Equity Portfolio | A | Distribution | K | T | Buy | 4/04 | K | | |
| 72. --Rainier Small, Mid Cap Equity Portfolio | | | | | Buy | 12/15 | J | | |
| 73. Trust #1 | A | Rent | L | T | | | | | |
| 74. --Royalty Interest #1, Nicholas County, WV | | | | | | | | | |
| 75. --Royalty Interest #2, Nicholas County, WV | | | | | | | | | |
| 76. --Royalty Interest #3, Nicholas County, WV | | | | | | | | | |
| 77. --Royalty Interest #4, Nicholas County, WV | | | | | | | | | |
| 78. --Royalty Interest #6, Nicholas County, WV | | | | | | | | | |
| 79. --Royalty Interest #7, Nicholas County, WV | | | | | | | | | |
| 80. --Royalty Interest #8, Nicholas County, WV | | | | | | | | | |
| 81. --Royalty Interest #9, Nicholas County, WV | | | | | | | | | |
| 82. --Royalty Interest #10, Randolph County, WV | | | | | | | | | |
| 83. --Royalty Interest #11, Randolph County, WV | | | | | | | | | |
| 84. --Royalty Interest #12, Randolph County, WV | | | | | | | | | |
| 85. --Royalty Interest #13, Randolph County, WV | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Royalty Interest #14, Randolph County, WV | | | | | | | | | |
| 87. --Royalty Interest #15, Randolph County, WV | | | | | | | | | |
| 88. --Royalty Interest #16, Braxton County, WV | | | | | | | | | |
| 89. --Royalty Interest #17, Braxton County, WV | | | | | | | | | |
| 90. --Royalty Interest #18, Braxton County, WV | | | | | | | | | |
| 91. --Royalty Interest #19, Braxton County, WV | | | | | | | | | |
| 92. --Royalty Interest #20, Braxton County, WV | | | | | | | | | |
| 93. --Royalty Interest #21, Braxton County, WV | | | | | | | | | |
| 94. --Royalty Interest #22, Braxton County, WV | | | | | | | | | |
| 95. --Royalty Interest #23, Braxton County, WV | | | | | | | | | |
| 96. --Royalty Interest #24, Nicholas County, WV | | | | | | | | | |
| 97. --Royalty Interest #25, Nicholas County, WV | | | | | | | | | |
| 98. B B & T Account No. 1 | | None | K | T | | | | | |
| 99. WV Media Partners | A | Interest | J | T | | | | | |
| 100. Real Estate #6, Charleston, WV | | None | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Goodwin, Joseph R | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Item No. 62 & 63:

Money was transferred to B B & T Checking (Item No. 98) account in a prior year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _May 12, 2006_

NOTE: ANY IND▮▮▮L WHO KNOWINGLY A▮▮▮ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL ▮TIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544